IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PURSUIT WEALTH MANAGEMENT, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| PURSUIT WEALTH GROUP LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff Pursuit Wealth Management, LLC ("Plaintiff" or "Pursuit Wealth") files this Complaint against Defendant Pursuit Wealth Group LLC ("Defendant" or "PWG"), which states as follows:

## PARTIES

1. Plaintiff Pursuit Wealth Management, LLC is a Florida limited liability company having a principal place of business at 4500 PGA Boulevard, Suite 304A, Palm Beach Gardens, FL 33418.

2. On information and belief, Defendant Pursuit Wealth Group LLC is an Illinois limited liability company having a principal place of business at 950 Essington Road, Suite 2A, Joliet, IL 60435.

## JURISDICTION AND VENUE

3. This action arises under the federal trademark statute (the "Lanham Act"), 15 U.S.C. § 1051, *et seq.*, and under the laws of the State of Illinois. This Court has subject matter jurisdiction over the claims for federal trademark infringement, false designation of origin, and unfair competition, pursuant to 15 U.S.C. §§ 1121, 1225 and 28 U.S.C. §§ 1331, 1332, 1338, and

1367. The Court has subject matter jurisdiction over the related Illinois state law claims pursuant to 28 U.S.C. §§ 1338, 1367.

4. Pursuit Wealth is informed and believes, and on that basis alleges, that this Court has personal jurisdiction over PWG because it conducts business in, is domiciled in, and has extensive contacts with the State of Illinois and this judicial district. PWG has also caused services under the marks PURSUIT WEALTH GROUP and  (the "Infringing PURSUIT WEALTH GROUP Marks") to be advertised, promoted, sold, and provided in this judicial district. The causes of action asserted in this Complaint arise out of PWG's contacts with this judicial district and PWG has caused tortious injury to Pursuit Wealth in this judicial district.

5. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) because PWG is domiciled in, conducts business in, and has extensive contacts with the State of Illinois and this judicial district; the causes of action asserted in this Complaint arise out of PWG's contacts within this judicial district; and because PWG has caused tortious injury to Pursuit in this judicial district.

## FACTUAL BACKGROUND

I. **Pursuit Wealth's Business and the PURSUIT WEALTH® Marks**

6. Since at least as early as June 7, 2019, Pursuit Wealth has provided and continues to provide wealth management, financial planning, investment advisory, business services, and other related services (the "Pursuit Wealth Services") under the marks PURSUIT WEALTH and

(the "PURSUIT WEALTH® Marks").

7. Pursuit Wealth offers and provides the Pursuit Wealth Services in numerous states across the U.S., including New York, New Jersey, Florida, and Illinois.

8. Pursuit Wealth has used the PURSUIT WEALTH® Marks in Illinois since at least as early as December 6, 2021.

9. In addition to its common law rights, Pursuit Wealth has nationwide rights in the PURSUIT WEALTH® Marks, which Pursuit Wealth applied to register with the United States Patent and Trademark Office ("USPTO") on November 3, 2020 in International Class 36 for use with "Annuity services, namely, account and investment administration; Financial analysis and consultation, excluding the foregoing in connection with lending to small business, as that term is defined by the U.S. Small Business Administration; Financial planning and investment advisory services; Financial risk assessment services, excluding the foregoing in connection with lending to small businesses, as that term is defined by the U.S. Small Business Administration; Mutual funds and capital investment; Stock exchange quotations; Financial retirement plan consulting services; Financial and investment services, namely, management and brokerage in the fields of stocks, bonds, options, commodities, futures and other securities, and the investment of funds of others; Fiscal valuations and assessment, excluding the foregoing in connection with lending to small businesses, as that term is defined by the U.S. Small Business Administration."

10. The PURSUIT WEALTH® Marks registered with the USPTO on October 11, 2022 (Reg. Nos. 6,868,664 and 6,868,663) (together, the "PURSUIT WEALTH Registrations").Attached hereto as **Exhibit 1** is a true and correct copy of the Certificates of Registration for the PURSUIT WEALTH® Marks.

11. The PURSUIT WEALTH® Registrations, which are valid, subsisting, unrevoked, and uncancelled, constitute *prime facie* evidence of the validity of the PURSUIT WEALTH®

Marks and conclusive evidence of Pursuit Wealth's exclusive right to use the PURSUIT WEALTH® Marks in commerce in connection with the Pursuit Wealth Services. The PURSUIT WEALTH® Registrations also constitute constructive notice of Pursuit Wealth's ownership, and prior and exclusive rights in the PURSUIT WEALTH® Marks.

12. In addition to traditional advertising and marketing, Pursuit Wealth markets and promotes its services on its website https://pursuitwealth.com/ (the "Pursuit Wealth Website") and on LinkedIn, both which are accessible by the general public and followed by LinkedIn users in Illinois. Attached hereto as **Exhibit 2** are copies of the Pursuit Wealth Website and the Pursuit Wealth LinkedIn page.

13. Clients of Pursuit Wealth access their Pursuit Wealth personal accounts through a secure login on the Pursuit Wealth Website.

14. The PURSUIT WEALTH® Marks are arbitrary marks, and, therefore, are entitled to the highest degree of protection under the law.

15. Moreover, as a result of Pursuit Wealth's extensive use and advertising of the PURSUIT WEALTH® Marks, and the substantial consumer recognition of the PURSUIT WEALTH® Marks, the trade and consuming public have come to recognize and associate the PURSUIT WEALTH® Marks with Pursuit Wealth as the source or origin of the Pursuit Wealth Services, and an indicator of high-quality and trustworthy services offered by Pursuit Wealth.

16. Consequently, Pursuit Wealth has acquired a significant amount of goodwill in the PURSUIT WEALTH® Marks, and the PURSUIT WEALTH® Marks have become a valuable symbol of Pursuit Wealth's goodwill.

**II.     PWG's Unauthorized Use of the PURSUIT WEALTH® Mark**

17.     On information and belief, on or about December 22, 2021, Defendant PWG was organized under the laws of the State of Illinois.

18.     On information and belief, on or about January 8, 2022, PWG registered the domain name www.pursuitwealthgroup.com (the "Infringing Website") and, on or about January 12, 2022, created the Facebook page titled, "Pursuit Wealth Group." Attached hereto as **Exhibit 3** include screenshots of the Infringing Website and a screenshot of the "Pursuit Wealth Group" Facebook page.

19.     Under the infringing mark PURSUIT WEALTH GROUP (the "Infringing PURSUIT WEALTH GROUP Marks"), PWG offers, and on information and belief provides financial planning services, including, but not limited to, retirement planning, education planning, business services, estate planning, and tax services (the "Infringing Services").

20.     In addition to promoting its Infringing Services on the Infringing Website and on Facebook, PWG also promotes its services under the Infringing PURSUIT WEALTH GROUP Marks on LinkedIn and Instagram. Attached hereto as **Exhibit 4** are screenshots of PWG's LinkedIn and Instagram pages.

21.     PWG does not own a federal trademark registration for the Infringing PURSUIT WEALTH GROUP Marks.

22.     On information and belief, PWG did not use the Infringing PURSUIT WEALTH GROUP Marks until *two and a half years* after Pursuit Wealth first used the PURSUIT WEALTH® Marks and nearly *fourteen months* after Pursuit Wealth applied to register the PURSUIT WEALTH® Marks with the USPTO.

23. As of at least as early as November 3, 2020, PWG was on constructive notice of Pursuit Wealth's rights in the PURSUIT WEALTH® Marks.

24. Despite this, PWG did not seek Pursuit Wealth's authorization or permission to use the Infringing PURSUIT WEALTH GROUP Marks, nor did Pursuit Wealth give PWG permission to use the Infringing PURSUIT WEALTH GROUP Marks.

25. After becoming aware of PWG's infringing use of the Infringing PURSUIT WEALTH GROUP Marks, on April 26, 2023, Pursuit Wealth sent PWG a cease-and-desist letter, putting PWG on actual notice of the PURSUIT WEALTH® Marks.

26. After several discussions between the parties' counsel about a potential resolution, Pursuit Wealth was of the belief that PWG would be presenting a settlement offer to Pursuit Wealth. This belief was furthered by PWG's counsel's email to Pursuit Wealth's counsel on or about December 12, 2023, that PWG's counsel would be getting back to Pursuit Wealth's counsel about this potential resolution.

27. Despite numerous follow-up communications, including as recently as July 2024, PWG has not responded.

28. In addition, although PWG is and has been on both actual and constructive notice of Pursuit Wealth's prior rights in the PURSUIT WEALTH® Marks, PWG continues to use the Infringing PURSUIT WEALTH GROUP Marks in violation of Pursuit Wealth's trademark rights.

29. As a result of PWG's offering and providing financial services, business services, and wealth planning services under the Infringing PURSUIT WEALTH GROUP Marks, consumers are likely to continue to be confused as to the source, affiliation, or sponsorship of the services offered by PWG. For example, a law firm recently sent Pursuit Wealth a subpoena for documents that was intended for PWG.

30. As a result of PWG's infringement, Pursuit Wealth has suffered and will continue to suffer damage and irreparable harm to its reputation and goodwill.

**FIRST CAUSE OF ACTION**
**(Willful Federal Trademark Infringement Under 15 U.S.C. § 1114 Against All Defendants)**

31. Pursuit Wealth realleges and reincorporates herein the allegations contained in Paragraphs 1-30 of this Complaint.

32. Pursuit Wealth has priority in the PURSUIT WEALTH® Marks over PWG's Infringing PURSUIT WEALTH GROUP Marks as Pursuit Wealth first used the PURSUIT WEALTH® Marks at least two-and-a-half years before PWG first used the Infringing PURSUIT WEALTH GROUP Marks and applied to register the PURSUIT WEALTH® Marks with the USPTO fourteen months before PWG first used the Infringing PURSUIT WEALTH GROUP Marks.

33. Pursuit Wealth's PURSUIT WEALTH® Registrations issued on October 11, 2022.

34. PWG does not own a federal trademark registration for the Infringing PURSUIT WEALTH GROUP Marks.

35. Pursuit Wealth's PURSUIT WEALTH® Marks are arbitrary and, therefore, are entitled to the highest degree of protection under the law.

36. PWG's Infringing PURSUIT WEALTH GROUP Marks incorporate Pursuit Wealth's standard character PURSUIT WEALTH® mark in their entirety.

37. PWG's Infringing Services (including retirement planning, education planning, business services, estate planning, and tax services) are identical, closely related to, overlap with, and/or are of the type that come from the same source as the Pursuit Wealth Services.

38. PWG has used and continues to use the Infringing PURSUIT WEALTH GROUP Marks to promote its Infringing Services.

39. PWG's unauthorized use of the Infringing PURSUIT WEALTH GROUP Marks in connection with PWG's Infringing Services is likely to cause confusion, mistake, or deception as to the source, origin, or sponsorship of PWG's services in that the trade and consuming public are likely to believe that PWG's services are provided, sponsored, approved, or licensed by Pursuit Wealth, or that PWG is affiliated, associated, or otherwise legitimately connected with Pursuit Wealth when they are not.

40. The actions of PWG described above and specifically, without limitation, its unauthorized use of the Infringing PURSUIT WEALTH GROUP Marks in commerce to advertise, promote, market, and provide financial services throughout the United States, including in Illinois, constitutes willful trademark infringement in violation of 15 U.S.C. § 1114.

41. The actions of PWG, if not enjoined, will continue. Pursuit Wealth has suffered and continues to suffer damages in an amount to be proven at trial consisting of, among other things, diminution of the value of and goodwill associated with the PURSUIT WEALTH® Marks, and injury to Pursuit Wealth's business. Pursuit Wealth is, therefore, entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

42. Pursuant to 15 U.S.C. § 1117, Pursuit Wealth is entitled to recover damages in an amount to be determined at trial, including profits made by PWG on the sale of services under the Infringing PURSUIT WEALTH GROUP Marks, and the costs of this action. Furthermore, Pursuit Wealth is informed, and believes, and on that basis alleges, that PWG's actions were taken willfully and with the intention to cause confusion, mistake, or deception, making this an exceptional case entitling Pursuit Wealth to recover additional treble damages and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

## SECOND CAUSE OF ACTION
### (Federal Unfair Competition and False Designation of Origin Under 15 U.S.C. § 1125(a))

43. Pursuit Wealth realleges and reincorporates herein the allegations contained in Paragraphs 1-42 of this Complaint.

44. Pursuit Wealth has priority in the PURSUIT WEALTH® Marks over PWG's Infringing PURSUIT WEALTH GROUP Marks as Pursuit Wealth first used the PURSUIT WEALTH® Marks two-and-a-half years before PWG first used the Infringing PURSUIT WEALTH GROUP Marks and applied to register the PURSUIT WEALTH® Marks with the USPTO fourteen months before PWG first used the Infringing PURSUIT WEALTH GROUP Marks.

45. Pursuit Wealth's PURSUIT WEALTH® Registrations issued on October 11, 2022.

46. PWG does not own a federal trademark registration for the Infringing PURSUIT WEALTH GROUP Marks.

47. Pursuit Wealth's PURSUIT WEALTH® Marks are arbitrary and, therefore, are entitled to the highest degree of protection under the law.

48. PWG's Infringing PURSUIT WEALTH GROUP Marks incorporate Pursuit Wealth's standard character PURSUIT WEALTH® mark in their entirety.

49. PWG's Infringing Services (including retirement planning, education planning, business services, estate planning, and tax services) are identical, closely related to, overlap with, and/or are of the type that come from the same source as the Pursuit Wealth Services.

50. PWG has used and continues to use the Infringing PURSUIT WEALTH GROUP Marks to promote its Infringing Services.

51. PWG's unauthorized use of the Infringing PURSUIT WEALTH GROUP Marks in connection with PWG's Infringing Services is likely to cause confusion, mistake, or deception as

to the source, origin, or sponsorship of PWG's services in that the trade and consuming public are likely to believe that PWG's services are provided, sponsored, approved, or licensed by Pursuit Wealth, or that PWG is affiliated, associated, or otherwise legitimately connected with Pursuit Wealth when they are not.

52. The actions of PWG described above and specifically, without limitation, its unauthorized use of the Infringing PURSUIT WEALTH GROUP Marks in commerce to advertise, promote, market, and provide finance-related goods and services throughout the United States, including in Illinois, constitutes unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a).

53. As an actual and proximate result of PWG's willful and intentional actions, Pursuit Wealth has suffered damages in an amount to be determined at trial, and unless PWG is enjoined, Pursuit Wealth will continue to suffer irreparable harm and damage to its business, reputation, and goodwill.

54. Pursuant to 15 U.S.C. § 1117, Pursuit Wealth is entitled to damages for PWG's Lanham Act violations, including an accounting of profits made by PWG on the sales of PURSUIT WEALTH GROUP-branded services, as well as to recover the costs of this action. Furthermore, Pursuit Wealth is informed and believes, and on that basis alleges, that PWG's conduct was undertaken willfully and with the intention of causing confusion, mistake or deception, making this an exceptional case entitling Pursuit Wealth to recover additional damages and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

## THIRD CAUSE OF ACTION
### (Deceptive Trade Practices Under 815 ILCS 510/1)

55. Pursuit Wealth realleges and reincorporates herein the allegations contained in Paragraphs 1-54 of this Complaint.

56. PWG's actions complained of herein constitute deceptive trade practices in violation of 815 ILCS 510/1 *et seq.* in that PWG's unauthorized use of the Infringing PURSUIT WEALTH GROUP Marks with the Infringing Services is likely to cause confusion or misunderstanding that the Infringing Services offered under the Infringing PURSUIT WEALTH GROUP Marks emanate from, or are otherwise sponsored or approved by Pursuit Wealth when they are not.

57. PWG knew, or in the exercise of reasonable care should have known, of Pursuit Wealth's prior rights in the PURSUIT WEALTH Marks, and that PWG's use of the Infringing PURSUIT WEALTH GROUP Marks with the Infringing Services is misleading to consumers in violation of 815 U.S.C. ILCS 510/1.

58. On information and belief, PWG has willfully engaged in the deceptive trade practices complained of herein.

59. PWG's aforementioned acts have caused, and unless such acts are enjoined by this Court, will continue to cause great and irreparable injury to Pursuit Wealth.

60. PWG has unjustly gained goodwill, revenue, and profits by virtue of its unlawful acts that it otherwise would not have obtained and to which it is not entitled to the detriment of Pursuit Wealth.

61. Pursuit Wealth has been injured and will continue to incur attorneys' fees and costs in bringing the present action.

**PRAYER FOR RELIEF**

WHEREFORE, Pursuit Wealth prays that this Court enter judgment against PWG as follows:

  A. That PWG and all of its respective officers, agents, servants, representatives, employees, attorneys, and all other persons acting in concert with them be permanently enjoined and restrained from:

  1. using the Infringing PURSUIT WEALTH GROUP Marks, or any mark confusingly similar to the PURSUIT WEALTH® Marks, in connection with the production, importation, shipping, distribution, marketing, promotion, advertising, offering for sale, or sale of any goods or services, including but not limited to the Infringing Services or other wealth management, financial planning, retirement planning, or business services, including online and on social media.

  2. applying for, seeking to register, registering, renewing, or maintaining any trademark, trade name, service mark, company name, or domain name consisting, in whole or in part, of the mark PURSUIT WEALTH GROUP, with any governmental agency, office, or other authority, anywhere in the world; and

  3. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (1) and (2);

  B. That PWG file, within ten (10) days from entry of an injunction, a declaration with this Court signed under penalty of perjury certifying the manner in which PWG has complied with the terms of the injunction;

  C. That PWG be adjudged to have violated 15 U.S.C. § 1114 by infringing the PURSUIT WEALTH® Marks;

  D. That PWG be adjudged to have violated 15 U.S.C. § 1125(a) by unfairly competing against Pursuit Wealth by using a false designations of origin as to the source, origin, or sponsorship of PWG's PURSUIT WEALTH GROUP-branded services.

    E.       That PWG be adjudged to have violated the 815 ILCS 510/1;

    G.       That Pursuit Wealth be entitled to restitutionary disgorgement form PWG;

    H.       That PWG and any principals, agents, servants, employees, successors, and assigns of and all those in privity or concert with PWG who receive actual notice of said order, delivery up for destruction all infringing products and all promotional, advertising and any other printed materials and items of any kind bearing the Infringing PURSUIT WEALTH GROUP Marks or any other name or mark that is confusingly similar to the PURSUIT WEALTH® Marks;

    I.       That Pursuit Wealth be awarded damages pursuant to 15 U.S.C. § 1117(a), sufficient to compensate it for the damages caused by PWG's acts of trademark infringement, false designation of origin, and unfair competition;

    J.       That Pursuit Wealth be awarded PWG's profits derived by reason of said acts, or as determined by an accounting;

    K.       That such damages and profits be trebled and awarded to Pursuit Wealth and that it be awarded its costs, attorneys' fees and expenses in this suit under 15 U.S.C. § 1117, as a result of PWG's willful, intentional, deliberate acts in violation of the Lanham Act;

    L.       That Pursuit Wealth be awarded damages in an amount sufficient to compensate it for the damage caused by PWG's deceptive trade practices under 815 ILCS 510/1;

    M.       That Pursuit Wealth be granted prejudgment and post judgment interest;

    N.       That Pursuit Wealth be granted costs associated with the prosecution of this action; and

    O.       That Pursuit Wealth be granted such further relief as the Court may deem just.

## JURY DEMAND

Pursuit Wealth hereby demands a trial by jury on all issues so triable.

Dated: November 1, 2024               Respectfully submitted,

                                                GREENBERG TRAURIG, LLP

By: */s/Jacqueline V. Brousseau*
Jacqueline V. Brousseau (ARDC No. 6323680)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435
brousseauj@gtlaw.com

Mammen P. Zachariah Jr.* (*pro hac vice to be filed*)
Fl. Bar No. 51736
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Tel: 561-650-7900
Fax: 561-655-6222
roy.zachariah@gtlaw.com

Molly R. Littman-Johnson* (*pro hac vice to be filed*)
MN Bar No. 0398449
Jacob M. Abdo* (*pro hac vice to be filed*)
MN Bar No. 0401462
90 South 7th Street, Suite 3500
Minneapolis, Minnesota 55402
Phone: (612) 259-9700
Fax: 612.203.4075
molly.littman@gtlaw.com
jake.abdo@gtlaw.com

*Counsel for Plaintiff*